Ryan L. McBride, Esq. (SBN 297557)
ryan@kazlg.com
Jonathan Gil, Esq. (SBN 347431)
jonathan@kazlg.com
**KAZEROUNI LAW GROUP, APC**
2221 Camino Del Rio S., #101
San Diego, CA 92108
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

*Attorneys for Plaintiff*,
MICHELEA MCZEAL

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**MICHELEA MCZEAL,**

**Plaintiff,**

**v.**

**HYUNDAI CAPITAL AMERICA d/b/a KIA FINANCE AMERICA; SETJO LLC d/b/a KIA OF BEDFORD; TRANS UNION, LLC,**

**Defendant.**

Case No.: 2:26-cv-09209-AB-PVC

**JOINT NOTICE OF SETTLEMENT**

NOTICE IS HEREBY GIVEN that Plaintiff Michelea McZeal (“Plaintiff”) and Defendant Setjo LLC d/b/a Kia of Bedford (“Setjo”) (the “Parties”) have resolved the dispute with a settlement. The Parties anticipate filing a Stipulated Request to Dismiss the Case as to Setjo with prejudice within sixty (60) days. The Parties request that any pending dates and deadlines with regard to Setjo be vacated and that

the Court set a deadline on or after January 4, 2027, for Setjo to be dismissed from this action.

Dated: November 3, 2026

Respectfully submitted,

**KAZEROUNI LAW GROUP, APC**

By: *<u>/s/ Ryan L. McBride</u>*
Ryan L. McBride, Esq.
Jonathan Gil, Esq.
*Attorneys for Plaintiff*

**ROGERS SMITH, APC**

By: *<u>/s/ Michael C. Rogers</u>*
Michael C. Rogers, Esq.
*Attorneys for Setjo*

**<u>SIGNATURE CERTIFICATION</u>**

Pursuant to L.R. 5-4.3.4(a)(2)(i), I certify that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: November 3, 2026

Respectfully submitted,

**KAZEROUNI LAW GROUP, APC**

By: <u>/s/Ryan L. McBride</u>
RYAN L. MCBRIDE, ESQ.
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I certify that on November 3, 2026, a copy of the foregoing was filed and served electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

DATED: November 3, 2026

BY: /s/ Ryan L. McBride
Ryan L. McBride, Esq.