**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

MICHELEA MCZEAL,
Plaintiff,
v.
HYUNDAI CAPITAL AMERICA, et al.,
Defendants.

Case No. 2:26-cv-09209-AB-PVC

**ORDER DISMISSING CIVIL ACTION AS TO DEFENDANT SETJO LLC dba KIA OF BEDFORD**

The Court has been advised that this action has been settled between Plaintiff Michelea McZeal and Defendant Setjo LLC dba Kia of Bedford.

The Court therefore **DISMISSES** this action as to Defendant Setjo LLC dba Kia of Bedord, without costs and without prejudice to the right to re-open the action within **60 days** upon good cause shown if the settlement is not completed.

The Motion at Dkt. No. 24 is **DENIED AS MOOT**, and the hearing is vacated.

Dated: November 9, 2026

HONORABLE ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE